UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: : CASE NO 08-12492
CHAPTER 13

EDDIE STALLINGS
AIKO STALLINGS : JUDGE JEFFERY P. HOPKINS
DEBTORS

: NOTICE OF TRANSMITTAL OF
UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918280 | $6.13 |

Creditor(s)
ENT ASSOC OF CINCINNATI
P.O. BOX 691503
CINCINNATI, OHIO 45269-1503


    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org
cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 21, 2011.

                                                  /s/     Margaret A. Burks, Esq.
                                                           Margaret A. Burks, Esq.

| | |
|---|---|
| ENT ASSOC OF CINCINNATI<br>P.O. BOX 691503<br>CINCINNATI, OHIO 45269-1503 | Debtor(s) Counsel<br>DEARFIELD, KRUER & CO., LLC<br>8080 BECKETT CENTER DRIVE<br>SUITE 217<br>WEST CHESTER,, OH  45069 |
| Debtor(s)<br>EDDIE STALLINGS<br>AIKO STALLINGS<br>8165 MEETING STREET<br>APT. 102<br>WEST CHESTER, OH  45069 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br>(service waived) |
| ENT ASSOC OF CINCINNAT<br>9403 KENWOOD ROAD<br>SUITE C-204<br>CINCINNATI, OHIO 45242-6848 | |